## United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**MILAN EXPRESS CO., INC.**

    Plaintiff,

v.                                        CASE NUMBER: 1:13-1069-JDB-egb

**APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.,**

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 2/2/2016, granting the Defendant's Motion to Dismiss for *forum non conveniens* , this case is hereby dismissed.

**APPROVED:**

                                                                     <u>s/J. Daniel Breen</u>
                                                                   Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**