**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 28, 2016

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

Re: Case No. 16-5270, *Milan Express Co., Inc. v. Applied Underwriters Captive*
Originating Case No. : 1:13-cv-01069

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. R. Dale Bay
Mr. Scott David Carey
Ms. Emily H. Mack
Mr. Daniel W. Olivas
Ms. Brittany Bartley Simpson

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 16-5270

Filed: December 28, 2016

MILAN EXPRESS CO., INC.

Plaintiff - Appellee

v.

APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE CO., INC.

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 12/02/2016 the mandate for this case hereby issues today.

COSTS: None